IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM, S.A., a French Corporation,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BARR LABORATORIES, INC., a Delaware  )<br>Corporation, and BARR PHARMACEUTICALS, INC.,  )<br>a Delaware Corporation.  )<br>  )<br>Defendants.  )<br>  ) | C.A. No. _____ |

**RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Ethypharm, S.A. ("Ethypharm"), is 99.09% owned by Financiere Verdi, located at 21 rue Saint Matthieu, 78 550 Houdan France, and no publicly held corporation owns 10% or more of Ethypharm's stock.

OF COUNSEL:

Paul Ragusa
Lisa Kole
Sandra Lee
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10012
212-408-2500

Dated: June 9, 2008

/s/ Frederick L. Cottrell
_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
302-651-7700

*Attorneys for Ethypharm, S.A.*