IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM, S.A., a French Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARR LABORATORIES, INC., a Delaware )<br>Corporation, and BARR PHARMACEUTICALS, INC., )<br>a Delaware Corporation, )<br>)<br>Defendants. )<br>) | C.A. No. 08-344 |

**NOTICE OF RELATED CASES**

PLEASE BE ADVISED that C.A. No. 07-331, which is pending before the Honorable Sue L. Robinson, and C.A. No. 08-339 are related actions with reference to the above-captioned matter.

| | |
|---|---|
| OF COUNSEL: | */s/ Frederick L. Cottrell, III* |
| | Frederick L. Cottrell, III (#2555) |
| Paul Ragusa | cottrell@rlf.com |
| Lisa Kole | Anne Shea Gaza (#4093) |
| Sandra Lee | gaza@rlf.com |
| BAKER BOTTS LLP | Richards, Layton & Finger |
| 30 Rockefeller Plaza | One Rodney Square |
| New York, NY 10012 | 920 N. King Street |
| 212-408-2500 | Wilmington, DE 19801 |
| | 302-651-7700 |
| Dated: June 10, 2008 | |
| | *Attorneys for Ethypharm, S.A.* |

-1-