IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM, S.A., a French Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARR LABORATORIES, INC., a Delaware ) <br> Corporation, and BARR PHARMACEUTICALS, INC., ) <br> a Delaware Corporation, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 08-344 |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Anne Shea Gaza and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Plaintiff, Ethypharm, S.A.

OF COUNSEL:

Paul Ragusa
Lisa Kole
Sandra Lee
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10012
212-408-2500

Dated: June 10, 2008

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
302-651-7700

*Attorneys for Ethypharm, S.A.*

-1-

RLF1-3291373-1