IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM, S.A., a French Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-344-UNA |
| | ) |
| BARR LABORATORIES, INC., a Delaware Corporation, and BARR PHARMACEUTICALS, INC., a Delaware Corporation, | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as lead Delaware counsel on behalf of defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas J. Meloro
Michael W. Johnson
Colman B. Ragan
Kathryn M. Fugina
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
Tel: (212) 728-8000

Dated: June 12, 2008
869056 / 33171

By:  /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants
Barr Laboratories, Inc. and
Barr Pharmaceuticals, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on June 12, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the following registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 12, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Richards Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Cottrell@rlf.com<br>gaza@rlf.com | Paul A. Ragusa<br>Lisa B. Kole<br>Sandree Lee<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Paul.ragusa@bakerbotts.com<br>Lisa.kole@bakerbotts.com<br>Sandra.lee@bakerbotts.com |

By: /s/ *Richard L. Horwitz*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

869162 / 33171 / Ethypharm