IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM, S.A., a French Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARR LABORATORIES, INC., a Delaware )<br>Corporation, and BARR PHARMACEUTICALS, )<br>INC., a Delaware Corporation, )<br>)<br>Defendants. ) | C.A. No. 08-344-UNA |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Thomas J. Meloro, Michael W. Johnson, Colman B. Ragan and Kathryn M. Fugina of Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, N.Y. 10019 to represent Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: June 16, 2008
869328 / 33171

*Attorneys for Defendants Barr Laboratories, Inc.
and Barr Pharmaceuticals, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

      In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

    ☒    has been paid to the Clerk of the Court

    ☐    will be submitted to the Clerk's Office upon the filing of this motion

Date: June 16, 2008      Signed:    */s/ Thomas J. Meloro*
                                        Thomas J. Meloro
                                          Willkie Farr & Gallagher LLP
                                          787 Seventh Avenue
                                          New York, N.Y. 10019-6099
                                          Tel: (212) 728-8000
                                          tmeloro@willkie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 16, 2008        Signed:    /s/ *Michael W. Johnson*
                                      Michael W. Johnson
                                      Willkie Farr & Gallagher LLP
                                      787 Seventh Avenue
                                      New York, N.Y. 10019-6099
                                      Tel: (212) 728-8000
                                      mjohnson1@willkie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 16, 2008          Signed:     /s/ Colman B. Ragan
                                         Colman B. Ragan
                                         Willkie Farr & Gallagher LLP
                                         787 Seventh Avenue
                                         New York, N.Y. 10019-6099
                                         Tel: (212) 728-8000
                                         cragan@willkie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 16, 2008         Signed:     /s/ *Kathryn M. Fugina*
                                        Kathryn M. Fugina
                                        Willkie Farr & Gallagher LLP
                                        787 Seventh Avenue
                                        New York, N.Y. 10019-6099
                                        Tel: (212) 728-8000
                                        kfugina@willkie.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 16, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the following registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 16, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Richards Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Cottrell@rlf.com<br>gaza@rlf.com | Paul A. Ragusa<br>Lisa B. Kole<br>Sandree Lee<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Paul.ragusa@bakerbotts.com<br>Lisa.kole@bakerbotts.com<br>Sandra.lee@bakerbotts.com |

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

869162 / 33171 / Ethypharm