IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM, S.A., a French Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-CV-00344-UNA |
| ) | |
| BARR LABORATORIES, INC., a Delaware ) | |
| Corporation, and BARR PHARMACEUTICALS, INC., ) | |
| a Delaware Corporation. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of attorneys Paul A. Ragusa, Lisa B. Kole, Sandra S. Lee and Jennifer Cozeolino of Baker Botts L.L.P. to represent the plaintiff Ethypharm, S.A. in this matter.

OF COUNSEL:
Paul A. Ragusa
Lisa B. Kole
Sandra S. Lee
Jennifer Cozeolino
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10012
(212) 408-2500
*Attorneys for Ethypharm, S.A.*

/s/ *Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
*cottrell@rlf.com*
Anne Shea Gaza (#4093)
*gaza@rlf.com*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Ethypharm, S.A.*

Dated: June 16, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of _____, 2008.

_____
United States District Judge

-3-

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Paul A. Ragusa, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:  June 16, 2008

/s/ *Paul A. Ragusa*
Paul A. Ragusa
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Tele:  (212) 408-2588
Fax:   (212) 259-2588
*paul.ragusa@bakerbotts.com*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Lisa B. Kole, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 16, 2008

*/s/ Lisa B. Kole*
Lisa B. Kole
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Tele: (212) 408-2628
Fax: (212) 259-2428
*lisa.kole@bakerbotts.com*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Sandra S. Lee, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 16, 2008

/s/ *Sandra S. Lee*
Sandra S. Lee
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Tele: (212) 408-2569
Fax: (212) 259-2569
*sandra.lee@bakerbotts.com*

-6-

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Jennifer Cozeolino, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:  June 16, 2008

*/s/ Jennifer Cozeolino*
Jennifer Cozeolino
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Tele:  (212) 408-2571
Fax:   (212) 259-2571
*jennifer.cozeolino@bakerbotts.com*

## CERTIFICATE OF SERVICE

I, Anne Shea Gaza, hereby certify that on June 16, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the following registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 16, 2008, the attached document was Electronically Mailed to the following person(s):

Richard L. Horowitz, Esq.
David E. Moore, Esq.
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
Wilmington, Delaware 19801
*rhorowitz@potteranderson.com*
*dmoore@potteranderson.com*

Thomas J. Meloro, Esq.
Michael W. Johnson, Esq.
Colman B. Ragan, Esq.
Kathryn M. Fugina, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
*tmeloro@willkie.com*
*mjohnson1@willkie.com*
*cragag@willkie.com*
*kfugina@willkie.com*

By: */s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
*cottrell@rlf.com*
Anne Shea Gaza (#4093)
*gaza@rlf.com*
RICHARDS, LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19899
(302) 651-7700
*Attorneys f*