IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM, S.A., a French Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-344-SLR |
| ) | |
| BARR LABORATORIES, INC., a Delaware ) | |
| Corporation, and BARR PHARMACEUTICALS, ) | |
| INC., a Delaware Corporation, ) | |
| ) | |
| Defendants. ) | |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Barr Pharmaceuticals, Inc. hereby discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Barr Laboratories, Inc. hereby discloses that it is a wholly owned subsidiary of Barr Pharmaceuticals, Inc. and that no publicly held corporation other than Barr Pharmaceuticals, Inc. owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas J. Meloro
Michael W. Johnson
Colman B. Ragan
Kathryn M. Fugina
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
Tel: (212) 728-8000

Dated: June 30, 2008
872104 / 33171

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*Barr Laboratories, Inc. and*
*Barr Pharmaceuticals, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on June 30, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the following registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 30, 2008, the attached document was Electronically Mailed to the following person(s):

Frederick L. Cottrell, III
Anne Shea Gaza
RICHARDS LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Cottrell@rlf.com
gaza@rlf.com

Paul A. Ragusa
Lisa B. Kole
Sandree Lee
Jennifer Cozeolino
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Paul.ragusa@bakerbotts.com
Lisa.kole@bakerbotts.com
Sandra.lee@bakerbotts.com
Jennifer.cozeolino@bakerbotts.com

By: /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

869162 / 33171 / Ethypharm