IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ETHYPHARM, S.A., a French Corporation,  )
                                        )
                    Plaintiff/Counterclaim  )
                    Defendant,          )
                                        )
        v.                              )    C.A. No. 08-344 (SLR)
                                        )
BARR LABORATORIES, INC., a Delaware     )
Corporation, and BARR PHARMACEUTICALS, INC.,  )
a Delaware Corporation.                 )
                                        )
                    Defendants/Counterclaim  )
                    Plaintiffs.         )
_____ )

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties

and subject to order of the Court, that Plaintiff/Counterclaim Defendant Ethypharm, S.A.'s time

to move, answer or otherwise respond to the counterclaims filed by Defendant/Counterclaim

Plaintiff Barr Laboratories, Inc. in the above-captioned action is hereby extended through and

including August 8, 2008.


    */s/ Anne Shea Gaza*                    */s/ Richard L. Horwitz*
Frederick L. Cottrell, III (#2555)      Richard L. Horwitz (#2246)
cottrell@rlf.com                        David E. Moore (#3983)
Anne Shea Gaza (#4093)                  Potter Anderson & Corroon LLP
gaza@rlf.com                            Hercules Plaza, 6th Floor
Richards, Layton & Finger               1313 N. Market Street
One Rodney Square                       Wilmington, Delaware 19807
920 N. King Street                      (302) 984-6000
Wilmington, DE 19801                    rhorwitz@potteranderson.com
(302) 651-7700                          dmoore@potteranderson.com

*Attorneys for Plaintiff/Counterclaim*      *Attorneys for Defendants/Counterclaim*
*Defendant Ethypharm, S.A.*                 *Plaintiffs Barr Laboratories, Inc. and*
                                        *Barr Pharmaceuticals, Inc.*

-1-

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

RLF1-3290911-1