IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM, S.A., a French Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARR LABORATORIES, INC., a Delaware ) <br> Corporation, and BARR PHARMACEUTICALS, INC., ) <br> a Delaware corporation, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 08-344-SLR |

### ETHYPHARM, S.A.'S REPLY TO BARR LABORATORIES, INC.'S AND BARR PHARMACEUTICALS, INC.'S COUNTERCLAIMS TO COMPLAINT

Plaintiff-Counterclaim Defendant Ethypharm, S.A. ("Ethypharm" or "Plaintiff"), by their undersigned attorneys, herein reply to the Counterclaims ("Counterclaims") of Defendants-Counterclaimants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. (collectively "Barr") to the Complaint as follows:

Jurisdiction and Venue

45.    Ethypharm admits that Barr's Counterclaims purport to arise pursuant to Title 35 U.S.C. and 28 U.S.C. §§ 2201 and 2202. Ethypharm admits that Barr purports to invoke the jurisdiction of the Court pursuant to 28 U.S.C. §§ 1338 and 2201. Ethypharm admits that venue is proper in this Court.

46.    Ethypharm admits that they have filed a Complaint and hereby repeat and reallege each and every allegation contained in the Complaint. Ethypharm admits that a justiciable controversy exists between the parties hereto with respect to infringement and validity of certain claims of U.S. Patent No. 5,464,632.

RLF1-3310524-1

- 2 -

### The Parties

47. Upon information and belief, Ethypharm admits the allegations set forth in Paragraph 47 of Barr's Counterclaims.

48. Ethypharm admits the allegations set forth in Paragraph 48 of Barr's Counterclaims.

### The Controversy

49. Ethypharm admits the allegations set forth in Paragraph 49 of Barr's Counterclaims.

50. Ethypharm admits the allegations set forth in Paragraph 50 of Barr's Counterclaims.

51. Ethypharm admits the allegations set forth in Paragraph 51 of Barr's Counterclaims.

52. Upon information and belief, Ethypharm admits the allegations set forth in Paragraph 52 of Barr's Counterclaims.

53. Upon information and belief, Ethypharm admits the allegations set forth in Paragraph 53 of Barr's Counterclaims.

54. Ethypharm admits the allegations set forth in Paragraph 54 of Barr's Counterclaims.

### COUNT ONE

Declaratory Judgment of Non-Infringement of the '632 Patent

55. Ethypharm repeats and re-alleges their responses to paragraphs 45-54 of Barr's Counterclaims as if fully set forth herein.

56. Ethypharm denies each and every allegation contained in paragraph 56 of

Barr's Counterclaims.

## COUNT TWO

Declaratory Judgment of Invalidity of the '632 Patent

57. Ethypharm repeats and re-alleges their responses to paragraphs 45-56 of Barr's Counterclaims as if fully set forth herein.

58. Ethypharm denies each and every allegation contained in paragraph 58 of Barr's Counterclaims.

## PRAYER FOR RELIEF

WHEREFORE, Ethypharm seeks the following relief:

A. An order dismissing Barr's Counterclaims with prejudice and denying each and every Prayer for Relief sought by Barr;

B. An order granting each and every Prayer for Relief sought by Ethypharm in its Complaint;

C. A declaration that this is an exceptional case, and an award of attorneys' fees from Barr in this action pursuant to 35 U.S.C. § 285;

D. An award of costs and expenses of Ethypharm in defending these Counterclaims;

E. Such further and other relief as this Court determines to be just and proper.

- 4 -

OF COUNSEL:
Paul Ragusa
Lisa Kole
Sandra Lee
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10012
212.408.2500

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19801
302.651.7700
cottrell@rlf.com
gaza@rlf.com

Attorneys for Ethypharm, S.A.

Dated: August 8, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on August 8, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Thomas J. Meloro, Esquire
Michael W. Johnson, Esquire
Colman B. Ragan, Esquire
Kathryn M. Fugina, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY   10019-6099

_____
Anne Shea Gaza (#4093)
gaza@rlf.com