# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**MARY B. GRAHAM**
(302) 351-9199
mgraham@mnat.com

August 27, 2008

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
Federal Building
844 North King Street
Wilmington, DE  19801

> Re:  *Takeda Pharmaceutical Company Limited, et al. v. Barr Laboratories, Inc.*
> C.A. No. 08-339 (SLR)
>
> *Ethypharm, S.A. v. Barr Laboratories, Inc., et al.*
> C.A. No. 08-344 (SLR)

Dear Judge Robinson:

    Enclosed is the parties' proposed scheduling order for the above-referenced cases. It has been agreed to by all parties in these actions.

                        Respectfully,

                        */s/ Mary B. Graham*

                        Mary B. Graham (#2256)

MBG/dam
Enclosure
cc:    David E. Moore, Esq.
        Frederick L. Cottrell, Esq.
2464307